IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**MICHAEL GORCHOCK**,

Plaintiff,

v.

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, and **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.**,

Defendants/Third-Party Plaintiffs,

v.

**ENERFAB, INC.**,

Third-Party Defendant.

2:17cv1494
**Electronic Filing**

---------------------------------------------------

**ALISA M. GORCHOCK**, as Administratrix of THE ESTATE OF JOHN M. GORCHOCK and In Her Own Right,

Plaintiff,

v.

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.**, **MASCARO CONSTRUCTION COMPANY LP D/B/A MASCARO CONSTRUCTION COMPANY**, and **MASCARO SERVICES, INC.**,

2:17cv1496
**Electronic Filing**

Defendants,

and,

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, and **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.**,

Third-Party Plaintiffs,

v.

**ENERFAB, INC.**,

Third-Party Defendant.

---------------------------------------------------

**KERRI ANN BACHNER** as Administratrix of THE ESTATE OF KEVIN BACHNER and In Her Own Right,

Plaintiff,

v.

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.**, **MASCARO CONSTRUCTION COMPANY LP D/B/A MASCARO CONSTRUCTION COMPANY**, and **MASCARO SERVICES, INC.**,

Defendants,

and,

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, and **FIRSTENERGY GENERATION**

2:17cv1497
**Electronic Filing**

**MANSFIELD UNIT 1 CORP.**,

Third-Party Plaintiffs,

v.

**ENERFAB, INC.**,

Third-Party Defendant.

---------------------------------------------------

**THOMAS CANTWELL**,

Plaintiff,

v.

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.**, **MASCARO CONSTRUCTION COMPANY LP D/B/A MASCARO CONSTRUCTION COMPANY**, and **MASCARO SERVICES, INC.**,

Defendants,

and,

**FIRSTENERGY CORP.**, **FIRSTENERGY GENERATION LLC**, and **FIRSTENERGY GENERATION MANSFIELD UNIT 1 CORP.**,

Third-Party Plaintiffs,

v.

**ENERFAB, INC.**,

Third-Party Defendant.

2:17cv1499
**Electronic Filing**

---------------------------------------------------

| | | |
|---|---|---|
| **ALISA M. GORCHOCK** as Administratrix of THE ESTATE OF JOHN M. GORCHOCK and In Her Own Right,<br><br>Plaintiff,<br><br>v.<br><br>**URS CORPORATION,** and **ABC CORPORATIONS (1-10)**<br><br>Defendants. | ) | 2:19cv1323<br>**Electronic Filing** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **KERRI ANN BACHNER** as Administratrix of THE ESTATE OF KEVIN PATRICK BACHNER and In Her Own Right,<br><br>Plaintiff,<br><br>v.<br><br>**URS CORPORATION,** and **ABC CORPORATIONS (1-10)**<br><br>Defendants. | ) | 2:19cv1324<br>**Electronic Filing** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| **THOMAS CANTWELL,**<br><br>Plaintiff,<br><br>v.<br><br>**URS CORPORATION,** and **ABC CORPORATIONS (1-10)**<br><br>Defendants. | ) | 2:19cv1325<br>**Electronic Filing** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MICHAEL GORCHOCK,** )
)
Plaintiff, )
)
v. ) 2:19cv1329
) **Electronic Filing**
**URS CORPORATION,** )
and **ABC CORPORATIONS (1-10)** )
)
Defendants. )
)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**ORDER OF COURT**

AND NOW, this 11th day of June, 2021, upon due consideration of Plaintiffs' motions to consolidate and defendants' responses thereto, IT IS ORDERED that the motions be, and the same hereby are, granted in part and denied in part. Civil Action No.s 19-1323, 19-1324, 19-1325 and 19-1329 are consolidated with Civil Action No. 17-1494, which is designated as the lead case. All subsequent pleadings shall be filed at the lead case. The Clerk shall administratively close Civil Action No.s 19-1323, 19-1324, 19-1325 and 19-1329. This order of consolidation is without prejudice to the issue of whether the consolidated actions should remain consolidated for trial, which determination is reserved until 1) pretrial development is complete, 2) the parties have had an opportunity to be heard at that juncture and 3) the issuance of a trial management order is appropriate. The motions for consolidation are denied as to Civil Action No.s 17-1496, 17-1497 and 17-1499. This ruling is without prejudice to renew the motions to consolidate in those cases, if appropriate, after the court has determined 1) that it has subject matter jurisdiction in those cases and 2) those actions will remain in this court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: David L. Kwass, Esquire
Elizabeth Bailey, Esquire
Richard Urick, Esquire
Brad D. Trust, Esquire
Kathy K. Condo, Esquire
Matthew R. Divelbiss, Esquire
Daniel R. Michelmore, Esquire
Michael P. Leahey, Esquire
Joshua S. Snyder, Esquire
Seth P. Hayes, Esquire
Mark R. Lane, Esquire

Robert J. Fisher, Jr., Esquire
Robert J. Mongeluzzi, Esquire
Amy Joseph Coles, Esquire
Kevin M. Eddy, Esquire
Ricky M. Guerra, Esquire
Shawna J. English, Esquire

(*Via CM/ECF Electronic Mail and Email*)